IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY S. SHOEMAKER,** | : |
| **Plaintiff** | : **Civil No. 1:14-cv-2049** |
| v. | : |
| **CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,** | : **Judge Rambo** |
| | : **Magistrate Judge Cohn** |
| **Defendant** | : |

# M E M O R A N D U M

Before the court is a report and recommendation filed by the magistrate judge in which he recommends that the decision of the Commissioner of Social Security denying Plaintiff benefits under the Act be vacated and the case remanded to the Commissioner to develop the record fully, conduct a new administrative hearing, and appropriately evaluate the evidence. (Doc. 22.)

The defendant waived the opportunity to object to the report and recommendation. (Doc. 23.)

Upon a thorough review of the report and recommendation, the court will adopt the same.

  s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: January 11, 2016