IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY S. SHOEMAKER,** : | |
|     **Plaintiff** : | **Civil No. 1:14-cv-2049** |
| : | |
| v. : | |
| : | |
| **CAROLYN W. COLVIN,** : | **Judge Rambo** |
| **COMMISSIONER OF** : | |
| **SOCIAL SECURITY,** : | |
| : | **Magistrate Judge Cohn** |
|     **Defendant** : | |

# **O R D E R**

**AND NOW,** this 11th day of January, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The court adopts the report and recommendation (Doc. 22) of the magistrate judge;

2) This matter is remanded back to the Commissioner of Social Security to develop the record more fully, conduct a new administrative hearing, and appropriately evaluate the evidence in accordance with the magistrate judge's report.

                                                    s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge